UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MARIE MINICHINO, | No. C 11-02484 LB |
| Plaintiff, | **ORDER RE 6/1/2011 LETTER** |
| v. | [ECF No. 5] |
| MANANA SUTIDZE, *et al.*, | |
| Defendants. | |

On June 1, 2011, Plaintiff Marie Minichino sent a letter to the court that appears to consent to the undersigned's jurisdiction. ECF No. 5. To avoid any ambiguity, the court directs Ms. Minichino to sign and return one of the two attached forms. Any other issue must be addressed in a separate filing that complies with the Federal Rules of Civil Procedure and the Local Rules.

**IT IS SO ORDERED.**

Dated: June 10, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02484 LB
ORDER